THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARBARA CALANTONI, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Westchester County, rendered April 5, 1979, convicting her of attempted burglary in the third degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are

no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf. *People v Gonzalez*, 47 NY2d 606). Mollen, P. J., Titone, Mangano and O'Connor, JJ., concur.